UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN SILVA,

          Plaintiffs,

   v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

          Defendants.

Case No. 25-cv-08382-AGT

**CONDITIONAL DISMISSAL ORDER**

The parties notified the Court that they settled and expect to file a stipulation of dismissal, with prejudice, within 30 days. Dkt. 19. Given this notice, the Court conditionally dismisses the case without prejudice.

If the parties notify the Court by May 8, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by May 8, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: April 2, 2026

_____
Alex G. Tse
United States Magistrate Judge